# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

147663

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 147663
                            COA: 312065
                            Berrien CC: 2011-001864-FY

CYNTHIA CHERELLE JONES,
      Defendant-Appellant.

_____/

By order of June 11, 2014, the application for leave to appeal the July 9, 2013 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Hartwick* (Docket No. 148444) and *People v Tuttle* (Docket No. 148971). On order of the Court, the cases having been decided on July 27, 2015, 498 Mich 192 (2015), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015


Clerk

p1216